IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 05 131T |
| | ) | |
| VS. | ) | In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) |
| | ) | |
| EDWARD BAEZ, alias Jaime Nieves, alias Peter Perez Burgos, alias VALE | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about November 10, 2005, in the District of Rhode Island, the Defendant, EDWARD BAEZ, alias Jaime Nieves, alias Peter Perez Burgos, alias Vale, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A).

COUNT 2

On or about November 10, 2005, in the District of Rhode Island, the Defendant, EDWARD BAEZ, alias Jaime Nieves, alias Peter Perez Burgos, alias Vale, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance,

all in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A).

A TRUE BILL:

G[redacted]

ROBERT CLARK CORRENTE
United States Attorney

Adi Goldstein
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

Dated: Nov 23, 2005