AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

USA
v.
Edward Bosz

## APPEARANCE

Case Number: CR05-131T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Mr. Bosz

I certify that I am admitted to practice in this court.

11-30-05
Date

Signature

Kevin Fitzgerald 5775
Print Name Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number