1095010

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

EDWARD BAEZ
a/k/a JIME NIEVES
a/k/a PETER BURGOS

**WARRANT FOR ARREST**

CASE NUMBER: CR 05-131

RECEIVED
NOV 23 2005
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EDWARD BAEZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Possession with Intent to Distribute 50 grams of Cocaine Base

in violation of Title 21 United States Code, Section(s) 841(a)(1)(A)

| | |
|---|---|
| Martha Saucier | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | November 23, 2005, Providence RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on Writ; returned to ACI | | |
| DATE RECEIVED 11/23/2005 | NAME AND TITLE OF ARRESTING OFFICER Charles Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER *[signature]* |
| DATE OF ARREST 11/30/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.