**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 05-131T** |
| | ) | |
| **EDWARD BAEZ** | ) | |

**MOTION FOR CONTINUANCE OF TRIAL**

Now comes the accused, Edward Baez, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's February 2006 trial calendar. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). Counsel states that he has not yet received discovery in this matter and therefore needs the additional time to review the information with the defendant.

The exclusion of a period of thirty (30) days in this matter will allow counsel for the accused to fully research the legal issues, sentencing issues, and discuss a possible plea with the Defendant. Finally, the Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted
Edward Baez
By his attorney,

Kevin Fitzgerald (ECR)

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to Adi Goldstein, Assistant United States Attorney, on December 28, 2005.