AO 458 (Rev. 10/95) Appearance

# United States District Court

## District of Rhode Island

United States of America
v.
Edward Baez

APPEARANCE

CASE NUMBER: CR05-131T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Edward Baez

I certify that I am admitted to practice in this court.

1-5-06
Date

John J. Bevilacqua
Signature

John J. Bevilacqua 0420
Print Name Bar Number

380 Broadway
Address

Prov. RI 02909
City State Zip Code

274 2444 274 5566
Phone Number Fax Number

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.