**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS** | ) | **CR NO. 05-131T** |
| | ) | |
| **EDWARD BAEZ** | ) | |

## MOTION FOR CONTINUANCE OF TRIAL

Now comes the Defendant, Edward Baez, by and through his counsel, and moves this Honorable Court to continue the trial of this matter to the Court's March 2006 trial calendar. As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC §3161(h)(8). Counsel states that he needs the added time to examine certain reports determining the substance to be cocaine base which is the basis of the indictment and penalty. This issue involves the Defendant's understanding that the substance he is charged with possession is in fact base cocaine. This additional time will allow his attorney to review these reports with the Defendant.

The exclusion of a period of thirty (30) days in this matter will allow counsel for the Defendant to fully research the legal issues, sentencing issues and discuss a possible plea with the Defendant. Finally, the Government and public will not be prejudiced by the delay, but will be benefited by the assurance that the criminal justice system is dedicated to fairness for all

parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the Defendant in a speedy trial.

Respectfully submitted,
Waskar Pena,
By his attorney,

JOHN J. BEVILACQUA, ESQ. #0420
380 Broadway
Providence, RI 02909
Phone: (401) 274-7444
Fax: (401) 274-5566

**CERTIFICATION**

I hereby certify that on this 13th day of February, 2006, I mailed or hand delivered a copy of the foregoing to Assistant United States Attorney, Adi Goldstein.