IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 05-00131T |
| | ) | |
| EDWARD BAEZ | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
OBJECTION TO THE PRESENTENCE REPORT

The government agrees with the Defendant that the United States and the Defendant stipulated to an amount of cocaine base that is between 50 and 150 grams. The prosecution version contained an estimated amount of cocaine base that was seized. The laboratory reports performed in this case did not test for the net weight of the cocaine base, and accordingly the government afforded the defendant the benefit of the doubt as to the weight. Accordingly, the government agrees with the defendant that Paragraph 15 be changed to Level 32.

Respectfully Submitted,

UNITED STATES OF AMERICA

By and through its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/S/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2006, I caused the Government's Response to Defendant's Objection to the Presentence Report to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

John Bevilacqua, Esq.
380 Broadway
Providence, RI 02903

/S/ ADI GOLDSTEIN
ADI GOLDSTEIN