AO 435 (Rev. 1/90)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

*Read Instructions on Back:*

| | | | |
|---|---|---|---|
| 1. NAME Lizbeth R. Mercedes | 2. PHONE NUMBER 401 490 0128 | 3. DATE 1-10-07 | |
| 4. MAILING ADDRESS P.O. Box 29638 | 5. CITY PRov | 6. STATE RI | 7. ZIP CODE 02909 |
| 8. CASE NUMBER CR 05-131T | 9. JUDICIAL OFFICIAL Judge Torres | DATES OF PROCEEDINGS 10. FROM 4/12/06 + 1/5/07 | 11. TO |
| 12. CASE NAME USA v. Edward Baez | | LOCATION OF PROCEEDINGS 13. CITY | 14. STATE |

15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☒ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | ☒ OTHER (Specify) PLEAD | 4/12/06 |
| ☐ JURY INSTRUCTIONS | | HEARING | |
| ☒ SENTENCING | 1/5/07 | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☑ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE Lizbeth R. Mercedes

19. DATE 1-10-2007

PROCESSED BY

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY