United States District Court
District of Rhode Island

| | | |
|---|---|---|
| United States | : | |
| | : | |
| | : | |
| | : | |
| V. | : | CR No. 05-131-T |
| | : | |
| Edward Baez | : | |

**NOTICE OF APPEAL**

Now comes the defendant Edward Baez, and hereby files this Notice of Appeal of the Judgment of Conviction and Sentence imposed on January 5, 2007. Further, the defendant states that he is indigent and would like the forms to proceed in forma pauperis.

Respectfully Submitted:

Edward Baez, 01/12/07

Edward Baez
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863