2/8/07
1 mea cr fri
Jen K

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

APPEAL COVER SHEET

RECEIVED
FEB 8 2007
BY: U.S. Court of Appeals

1. D.C. CR05-131T C.C.A.#

2. TITLE OF CASE: USA v. EDWARD BAEZ

3. NAME & ADDRESS OF COUNSEL FOR APPELLANT(S):
SEE ATTACHED DOCKET SHEET

NAME & ADDRESS OF COUNSEL FOR APPELLEE(S):
SEE ATTACHED DOCKET SHEET

4. JUDGE ERNEST C. TORRES

5. COURT REPORTER(s) & DATES

| | | | |
|---|---|---|---|
| 6. | TRANSCRIPTS ORDERED | ___YES | ____NO |
| 7. | COURT-APPOINTED COUNSEL | ___YES | _X__NO |
| 8. | FEE PAID | ___YES | _X__NO |
| 9. | IN FORMA PAUPERIS | ___YES | _X__NO |
| 10. | GUIDELINES CASE | ___YES | ____NO |
| 11. | MOTIONS PENDING | ___YES | _X__NO |
| 12. | RELATED CASE ON APPEAL | ___YES | ____NO |

C.C.A. # (IF AVAILABLE) 07-1255

DATE OF LAST N.O.F.A. FILED:

13. SPECIAL COMMENTS:

ENCLOSED: Appeal Cover Letter; Appeal Cover Sheet; Notice of Appeal; Certificate of Clerk; Complete Case File; PSR (sealed); SOR(sealed); Cert. Copy of Docket. *Docs. 20 and 21 not included at this time.