UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA No. 05-131-T

EDWARD BAEZ

**ORDER DENYING IN FORMA PAUPERIS MOTION**

Edward Baez has filed, pro se, an application to proceed in forma pauperis in his appeal from the criminal judgment against him. Based on his prison account statement, a copy of which is attached, and the fact that he had retained counsel, this Court finds that Mr. Baez has sufficient funds to pay the $455.00 filing fee.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 5/25/07