CERTIFIED COPY

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 07-1255
PR DC No. 05-cr-00131-T

UNITED STATES
Appellee

V.

EDWARD BAEZ,
a/k/a Jaime Nieves, a/k/a Peter Perez Burgos, a/k/a Vale
Defendant - Appellant

**ORDER OF COURT**
ENTERED: August 8, 2007
Pursuant to 1st Cir. R. 27.0(d)

Pursuant to the order of court issued on August 3, 2007, the $455.00 filing fees are to be paid to the Clerk of the District Court of Rhode Island in the above noted case number.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By: ______________________
Chief Deputy Clerk

[Certified copy to the Honorable Ernest C. Torres, David DiMarzio, Clerk, USDC RI and cc: Messrs. Baez, Gordon, Lockhart, Ms. Goldstein]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: D. Burkhead Date: 8/9/07