Torres
05-cr-131

# United States Court of Appeals
## For the First Circuit

No. 07-1255
RI DC No. 05-cr-00131

UNITED STATES,
Appellee,

v.

EDWARD BAEZ, a/k/a JAIME NIEVES, a/k/a PETER PEREZ BURGOS, a/k/a VALE,
Defendant, Appellee.

**ORDER OF COURT**

Entered: May 13, 2008
Pursuant to 1st Cir. R. 27.0(d)

On August 3, 2007, this court issued an order directing the appellant to pay the $455.00 docketing fee to the Clerk of the District Court of Rhode Island in the above noted case number. A review of the district court docket does not reflect that payment has been made.

Appellant is directed to pay the $455.00 docketing fee to the Clerk of the District Court of Rhode Island and notify this court in writing by June 13, 2008, or risk dismissal of this case pursuant to Local Rule 3.0(b).

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Edward Maldonado Baez
Joshua L. Gordon
Donald Lockhart
Adi Goldstein